**Earl TOLLIVER and Zeola Adams, Plaintiffs–Appellants,**

v.

**Lucille MAYS, Defendant–Respondent.**

No. 73401.

Missouri Court of Appeals, Eastern District, Division Four.

June 2, 1998.

Melvin L. Raymond, Wilson & Associates, St. Louis, for plaintiffs-appellants.

John T. Hawk, Hawk & Mattingly, St. Louis, for defendant-respondent.

Before ROBERT G. DOWD, Jr., P.J., and SIMON and HOFF, JJ.

ORDER

PER CURIAM.

Earl Tolliver and Zeola Adams (Appellants) appeal from the trial court's Order and Judgment granting Lucille Mays's motion to strike, dismiss, and quash Appellants' petition to contest will.

We have reviewed the briefs of the parties and the record on appeal. No error of law appears. An opinion would have no precedential value. We affirm pursuant to Rule 84.16(b).